HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER NEAMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS and TERRA AMBROSE and ELISA SAHORE and DAVID ARCURI, and DAVID HATCH and each of them,<br><br>　　　　　Defendants. | No.: 3:24-cv-05176-BHS<br><br>STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH |

## I. BACKGROUND

With the consent of their client, David Hatch, attorneys Pamela J. DeVet and Caitlyn Robinson seek the Court's leave to withdraw as counsel of record, pursuant to LCR 83.2(b)(1). Plaintiff settled with Mr. Hatch and dismissed all claims against him with prejudice. Dkt. # 64. The case is continuing without Mr. Hatch because Plaintiff is appealing the summary judgment dismissal of his claims against Defendants Washington State Department of Corrections, Terra Ambrose, and Elisa Sahore. Dkt. # 65. However, neither Mr. Hatch nor his counsel are involved in the pending appeal.

David Hatch will be unrepresented in this matter upon withdrawal of Ms. DeVet and Ms. Robinson. His contact information is:

STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH
NO.: 3:24-CV-05176-B                    PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Law Office of David S. Hatch, Inc.
105 North River Street
Montesano, WA 98563-3713
(360) 249-2224

## II. STIPULATION

Counsel for all parties and released Defendant David Hatch stipulate to this request for withdrawal, as required by LCR 83.2(b)(1).

DATE: June 3, 2025

|  |  |
|---|---|
|  | CROSTA LAW OFFICE PLLC |
| */s/ David Hatch* | */s/ Bradley K. Crosta* |
| David Hatch, Defendant | Bradley K. Crosta, WSBA #10571 |
|  | bcrosta@crostalaw.com |
| BULLIVANT HOUSER BAILEY PC | MICHAEL SCHWARTZ LAW OFFICE PLLC |
| */s/ Pamela J. DeVet* | */s/ Michael Schwartz* |
| Pamela J. DeVet, WSBA #32882 | Michael Schwartz, WSBA #11175 |
| pamela.devet@bullivant.com | mschwartzlaw@hotmail.com |
| Caitlyn Mathews, WSBA #60055 |  |
| caitlyn.mathews@bullivant.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendant David Hatch* |  |
| WOOD, SMITH, HENNING & BERMAN LLP | OFFICE OF ATTORNEY GENERAL |
| */s/ Jackie L. Jensen Erler* | */s/Hannah G. Justice* |
| Philip B. Grennan, WSBA #8127 | Hannah G. Justice, WSBA #91019 |
| pgrennan@wshblaw.com | hannah.justice@atg.wa.gov |
| Jackie L. Jensen Erler, WSBA #44051 |  |
| jjensenerler@wshblaw.com | *Attorneys for Defendants State of Washington Department of Corrections, Terra Ambrose, and Elisa Sahore* |
| *Attorneys for Defendant David P. Arcuri* |  |

STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH
NO.: 3:24-CV-05176-B
PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

### III. ORDER

The Court grants the request for leave to withdraw. Attorneys Pamela J. DeVet and Caitlyn Robinson are hereby withdrawn as counsel of record for released Defendant David Hatch.

DATED: June 3rd, 2025

_____
Judge Benjamin H. Settle

4930-0024-1734.1

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH
NO.: 3:24-CV-05176-B

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that on the date below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those parties of record registered with the CM/ECF system to the following address(es) as indicated below:

| | |
|---|---|
| Bradley K. Crosta, WSBA #10571<br>**Crosta Law Office, PLLC**<br>19743 First Avenue South, Suite 100<br>Normandy Park, WA 98148<br>bcrosta@crostalaw.com<br><br>Michael Schwartz, WSBA #11175<br>**Michael Schwartz Law Office PLLC**<br>321 First Avenue West<br>Seattle, WA 98119<br>mschwartzlaw@hotmail.com<br><br>*Attorneys for Plaintiff Christopher Neaman* | ☐ Hand Delivery<br>☐ First Class Mail<br>☒ E-mail<br>☒ CM/ECF NEF Notice |
| Hannah G. Justice, WSBA #91019<br>Assistant Attorney General<br>**Office of Attorney General**<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>hannah.justice@atg.wa.gov<br>kris.englund@atg.wa.gov<br>kim.wilcox@atg.wa.gov<br>TORSeaEF@atg.wa.gov<br><br>*Attorneys for Defendants State of Washington Department of Corrections, Terra Ambrose, and Elisa Sahore* | ☐ Hand Delivery<br>☐ First Class Mail<br>☒ E-mail<br>☒ CM/ECF NEF Notice |
| Philip B. Grennan, WSBA #8127<br>Jackie L. Jensen Erler, WSBA #44051<br>**Wood, Smith, Henning & Berman LLP**<br>801 Kirkland Avenue<br>Kirkland, WA 98033<br>pgrennan@wshblaw.com<br>jjensenerler@wshblaw.com<br>kmckeague@wshblaw.com<br>bnoren@wshblaw.com<br>sstevenson@wshblaw.com<br><br>*Attorneys for Defendant David P. Arcuri* | ☐ Hand Delivery<br>☐ First Class Mail<br>☒ E-mail<br>☒ CM/ECF NEF Notice |

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH
NO.: 3:24-CV-05176-B

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  DATED: June 3, 2025

4          By  *s/ Jessica Ganjaie*
              Jessica Ganjaie, Legal Assistant

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL FOR HATCH
NO.: 3:24-CV-05176-B          PAGE 5

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930